UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **09-CV-61505-Altonaga-Brown**

ANDREA L. SCLAFANI and
LAWRENCE M. SCLAFANI

    Plaintiffs,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC.,
    Defendant.

_____/

FILED by VT D.C.
ELECTRONIC
Sept. 21, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, ANDREA L. SCLAFANI is a natural person, and citizen of the State of Florida, residing in Broward County, Florida. LAWRENCE M. SCLAFANI is the husband of Plaintiff, ANDREA L. SCLAFANI.

4. Plaintiff, LAWRENCE M. SCLAFANI, is a natural person, and citizen of the State of Florida, who resides in Broward County, Florida.

5. Defendant, ACCOUNTS RECEIVABLE MANAGEMENT, INC., is a corporation with its principal place of business at 155 Mid Atlantic Parkway, Thorofare, New Jersey 08086.

6. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

7. Defendant regularly collects or attempts to collect debts for other parties.

8. Defendant is a "debt collector" as defined in the FDCPA.

9. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

10. Defendant sought to collect from Plaintiffs an alleged debt arising from an obligation to HSBC Card Services incurred primarily for personal, family or household purposes.

2

11. Plaintiff, ANDREA L. SCLAFANI, is the sole obligor on the alleged debt.

12. Plaintiff, LAWRENCE M. SCLAFANI, is not liable for the alleged debt.

13. Defendant left the following messages on Plaintiff, LAWRENCE M. SCLAFANI's voice mail, on his cellular telephone as indicated, on or about the dates stated:

<u>September 17, 2008</u>         <u>Pre-recorded message</u>
This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up or disconnect. If you are Andrea Sclafani, please continue to listen to this message. There will now be a 3 second pause in this message.

By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is a call from Accounts Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 800-456-0171 and refer to reference number 00032033981. Thank you. Goodbye.


<u>September 18, 2008</u>
Hi, Andrea. This is Nick. Please give me a call today at 800-456-0171. I will be here until 9 PM. Again, that number is 800-456-0171. Please return the call today.
.

<u>September 19, 2008</u>
Andrea. Return the call to Robert Matthews. Our number is 1-800-456-0171. It is essential you get back to us today. This is the second message being left for you. Again, that is Robert Matthews at 1-800-456-0171.

3

September 25, 2008
Andrea. This is Juanita. I need to speak with you today. The number here is 1-800-456-0171. I am going to be here until 9 PM, so give me a call back and again the number is 1-800-456-0171.

September 26, 2008                    Pre-recorded message
This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hand up or disconnect. If you are Andrea Sclafani , please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge that you are Andrea Sclafani. This is a call from Accounts Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 800-456-0171 and refer to reference #00032033981. Thank you. Goodbye.

September 29, 2008   2:14 P.M.
This message is for Andrea Sclafani. My name is Miriam Tyler. I need to speak with you in regards to a personal business matter that you have with my company. I am calling from AR Management. The phone number to use is 1-800-220-3350, extension 675.

September 29, 2008  6:14 P.M.      Pre-recorded message
This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up or disconnect. I you are Andrea Sclafani, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge that you are Andrea Sclafani. This is a call from Accounts Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 800-456-0171 and refer to reference #00032033981. Thank you. Goodbye.

September 30, 2008
Andrea, please give me a call back. My number is 1-800-456-0171. That is 1-800-456-0171. I need to speak with you today. I will be in my office until 9 PM, so please give me a call back before then. Again, that number is 1-800-456-0171.

<u>October 1, 2, 3, 4, 6, 7, 8, 9 & 10, 2008</u>     <u>Pre-recorded message</u>
This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up or disconnect. If you are Andrea Sclafani, please continue to listen to this message. There will now be a 3 second pause in this message.

By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is a call from Accounts Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 800-456-0171 and refer to reference number 00032033981. Thank you. Goodbye.

<u>November 18, 2008</u>                    <u>Pre-recorded message</u>
This message is for Andrea Sclafani. If you are not Andrea Sclafani, please hang up or disconnect. If you are Andrea Sclafani, please continue to listen to this message. There will now be a 3 second pause in this message.

By continuing to listen to this message, you acknowledge you are Andrea Sclafani. This is a call from Accounts Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 800-220-3350 and refer to reference number 12718416. Thank you. Goodbye.

14. Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

15. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div.</u>, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

16. Defendant failed to inform Plaintiff, ANDREA L. SCLAFANI, in some of the messages that the communication was from a debt collector, failed to inform the Plaintiff of its name and failed to disclose the purpose of Defendant's messages.

17. Defendant knew it was required to disclose its name, that it is a debt collector and the purpose of its communication in telephone messages to Plaintiff, ANDREA L. SCLAFANI.

18. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place numerous telephone calls to Plaintiff, LAWRENCE M. SCLAFANI's cellular telephone.

19. Plaintiff, LAWRENCE M. SCLAFANI, did not expressly consent to Defendant's placement of telephone calls to his cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

20. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

21. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

22. Plaintiffs incorporate Paragraphs 1 through 18.

23. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

6

WHEREFORE, Plaintiff, ANDREA L. SCLAFANI, requests that the Court enter judgment in her favor and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

24. Plaintiffs incorporate Paragraphs 1 through 18.

25. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and or that it is a debt collector and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.*, 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.*, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff, ANDREA L. SCLAFANI, requests that the Court enter judgment in her favor and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

26.  Plaintiffs incorporate Paragraphs 1 through 18.

27.  Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

   a.  Damages;

   b.  Attorney's fees, litigation expenses and costs of suit; and

   c.  Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

28.  Plaintiff incorporates Paragraphs 1 through 17.

29.  Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.    Damages;

      b.    Attorney's fees, litigation expenses and costs of suit; and

      c.    Such other or further relief as the Court deems proper.

## COUNT III
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

30.    Plaintiffs incorporate Paragraphs 1 through 18.

31.    By failing to disclose its name, that it is a debt collector and the purpose of its communication, by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, and by telephoning Plaintiffs with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiffs request that the Court enter judgment in their favor and against Defendant for:

      a.    Damages;

      b.    Attorney's fees, litigation expenses and costs of suit; and

      c.    Such other or further relief as the Court deems proper.

## COUNT IV
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

32.    Plaintiffs incorporate Paragraphs 1 through 18.

33.	Defendant placed non-emergency telephone calls to Plaintiff, LAWRENCE M. SCLAFANI's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without his prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff, LAWRENCE M. SCLAFANI, requests that the Court enter judgment in his favor and against Defendant for:

    a.	Damages; and

    b.	Such other or further relief as the Court deems proper.

## COUNT V
## DECLARATORY AND INJUNCTIVE RELIEF

34.	Plaintiffs incorporate Paragraphs 1 through 18.

35.	Pursuant to 28 U.S.C §§2201 and 2202, Plaintiffs seeks a declaration that Defendant's practices are in violation of the TCPA and the FCCPA.

36.	The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

37.	Plaintiff, ANDREA L. SCLAFANI, seeks a permanent injunction prohibiting Defendant from continuing violation of the FCCPA.

38.	Pursuant to 47 U.S.C § 227 (c)(5)(A), Plaintiff, LAWRENCE M. SCLAFANI, seeks a permanent injunction prohibiting Defendant from continuing violation of the TCPA.

WHEREFORE, Plaintiff requests that the Court enter judgment:

    a.    declaring that Defendant's practices violate the TCPA and the FCCPA;

    b.    permanently injoining Defendant from engaging in the violative practices; and

    c.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this ____ day of September, 2009.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By:_____
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**

Andrea L. Sclafani & James M. Sclafani

**DEFENDANTS**

Accounts Receivable Management, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES) **BROWARD**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842
FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

0:09 CV 61505-Altonaga-Brown

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | ☐ 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | ☐ 2 | ☐ 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** __1-2__ days estimated (for both sides) to try entire case   15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability   ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  |  |  |  |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander   ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability   **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 340 Marine   ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 345 Marine Product Liability   ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholder's Suits | ☐ 350 Motor Vehicle   ☐ 380 Other Personnel Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities /Commodities /Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability   ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury   ☐ | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **A REAL PROPERTY** | **A CIVIL RIGHTS**   **B PRISONER PETITIONS** | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting   ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment   ☐ 530 General* | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations   ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare   ☐ 540 Mandamus & Other* | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights   ☐ 550 Civil Rights *A or B |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property |  |  |  | ☒ 890 Other Statutory Actions* *A or B |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- [x] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Refiled
- [ ] 5. Transferred from another district (specify)
- [ ] 6. Multidistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A ☐ UNDER F.R.C.P.23   CLASS ACTION No   DEMAND $ N/A   ☐ Check YES only if demanded in complaint   JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   DOCKET NUMBER _____

DATE: September 2/, 2009   SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

FOR OFFICE USE ONLY: Receipt No. 547584   Amount: 350.00
Date Paid: _____   M/ifp: _____

S/F 1-2
REV. 9/94