UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-61505-CIV-ALTONAGA/Brown

**ANDREA L. SCLAFANI**
and **LAWRENCE M. SCLAFANI**,

    Plaintiffs,
vs.

**ACCOUNTS RECEIVABLE**
**MANAGEMENT, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. By Order dated October 13, 2009, the parties were directed to file a Joint Scheduling Report, Certificates of Interested Persons, and Corporate Disclosure Statements by no later than October 30, 2009. (*See* [D.E. 4]). After the parties failed to comply, again, on November 3, 2009, the Court issued a second Order [D.E. 5] requiring that the parties prepare and file a Joint Scheduling Report, Certificates of Interested Persons, and Corporate Disclosure Statements no later than November 11, 2009. The Order specified that failure to comply would result in the dismissal of Plaintiffs' case without further notice. Defendant filed its Corporate Disclosure Statement on November 11, 2009, but Plaintiff has failed to comply.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**.

2.    The Clerk of the Court is instructed to **CLOSE** the case, and any pending motions

Case No. 61505-CIV-ALTONAGA/Brown

are denied as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of November, 2009.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record